1

2

3

4

5

6                         UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
7                                    AT SEATTLE

8   CASEY C. BERTO,

9                          Petitioner,            Case No. C24-1491-JHC-MLP

10        v.                                      ORDER TO SHOW CAUSE

11  JASON BENNETT,

12                         Respondent.

13

14        Petitioner Casey Berto is a state prisoner who is currently confined at the Stafford Creek

15  Corrections Center in Aberdeen, Washington, pursuant to a judgment and sentence entered in

16  King County Superior Court case number 17-1-00068-6. (*See* dkt. # 1-1 at 1.) Petitioner has

17  presented to the Court for filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 in

18  which he asserts that his current custody is unlawful because the statute pursuant to which he

19  was sentenced is unconstitutional. (Dkt. ## 1-1, 1-2, 1-3.) Specifically, Petitioner contends that

20  he received an indeterminate life sentence pursuant to RCW 9.94A.507 which authorizes "a

21  board" to increase his mandatory minimum term of confinement, and that this constitutes a

22  violation of his Sixth Amendment right to a jury trial.[1] (*See* dkt. # 1-3 at 2.)

23  _____

[1] Petitioner filed a copy of his Felony Judgment and Sentence, which indicates that Petitioner was given a
determinate sentence. (Dkt. # 1-7 at 4.)

ORDER TO SHOW CAUSE - 1

1   The Ninth Circuit has held that "28 U.S.C. § 2254 is the exclusive vehicle for a habeas

2   petition by a state prisoner in custody pursuant to a state court judgment[.]" *White v. Lambert*,

3   370 F.3d 1002, 1009-10 (9th Cir. 2004), *overruled on other grounds by Hayward v. Marshall*,

4   603 F.3d 546 (9th Cir. 2010) (en banc). Petitioner's petition for writ of habeas corpus is therefore

5   properly construed as one brought under § 2254.

6       In order to obtain relief under § 2254, a petitioner must demonstrate that his claims for

7   federal habeas relief have been properly exhausted in the state courts. 28 U.S.C. § 2254(b)-(c).

8   The exhaustion requirement is a matter of comity, intended to afford the state courts "an initial

9   opportunity to pass upon and correct alleged violations of its prisoners' federal rights." *Picard v.*

10  *Connor*, 404 U.S. 270, 275 (1971) (internal quotation marks and citations omitted). In order to

11  provide the state courts with the requisite "opportunity" to consider his federal claims, a prisoner

12  must "fairly present" his claims to each appropriate state court for review, including a state

13  supreme court with powers of discretionary review. *Baldwin v. Reese*, 541 U.S. 27, 29 (2004)

14  (citing *Duncan v. Henry*, 513 U.S. 364, 365 (1995), and *O'Sullivan v. Boerckel*, 526 U.S. 838,

15  845 (1999)). Petitioner makes clear that he has not presented the issue raised in his federal

16  habeas petition to any state appellate court for review. (*See* dkt. # 1-1 at 2-5.) Petitioner's claim

17  is therefore unexhausted and not currently eligible for federal habeas review.

18      Based on the foregoing, the Court hereby ORDERS as follows:

19      (1)    Petitioner shall SHOW CAUSE, not later than ***thirty (30) days*** from the date on

20  which this Order is signed, why his petition and this action should not be dismissed for failure to

21  exhaust state court remedies. Failure to timely respond to this Order will result in a

22  recommendation that this action be dismissed.

23

ORDER TO SHOW CAUSE - 2

(2)     The motions submitted by Petitioner in conjunction with his federal habeas petition (dkt. ## 1-2, 1-3, 1-4, 1-5, 1-6) are STRICKEN pending any response from Petitioner to this Order.

(3)     The Clerk is directed to NOTE this matter on the Court's motion calendar for *November 8, 2024*, for review of Petitioner's response to this Order to Show Cause.

(4)     The Clerk is directed to send copies of this Order to Petitioner and to the Honorable John H. Chun.

Dated this 8th day of October, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO SHOW CAUSE - 3