1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CASEY C. BERTO,

                    Petitioner,

        v.

JASON BENNETT,

                    Respondent.

Case No. C24-1491-JHC-MLP

ORDER

14        Having reviewed Petitioner's application to proceed *in forma pauperis* (IFP) and petition

15 for writ of habeas corpus, Dkt. # 1, the Report and Recommendation (R&R) of the Honorable

16 Michelle L. Peterson, United States Magistrate Judge, Dkt. # 4, and the remaining record, the

17 Court finds and ORDERS:

18        (1)     Petitioner did not file an objection to the R&R.  And the Court agrees with the

19 R&R that Petitioner has not exhausted his state court remedies.  *See also* Dkt. # 3 at 2.  Thus, the

20 Court ADOPTS the R&R.

21        (2)     Petitioner's petition for writ of habeas corpus (Dkt. # 1-1) and this action are

22 DISMISSED without prejudice for failure to exhaust state court remedies.

23        (3)     Petitioner's IFP application (dkt. # 1) is DENIED as moot.

ORDER - 1

(4)     In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

(5)     The Clerk is directed to send copies of this Order to Petitioner and to Judge Peterson.

Dated this 13th day of December, 2024.


_John H. Chun_
John H. Chun
United States District Judge

ORDER - 2